```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

MENDEL STERN, et al.,

              Plaintiffs,

         v.                          18 Civ. 4622 (NSR)

HIGHLAND LAKE HOMEOWNERS
ASSOCIATION, et al.,
                                       Settlement
              Defendants.

------------------------------x
                                     New York, N.Y.
                                     August 14, 2018
                                     5:15 p.m.

Before:

                HON. KATHERINE POLK FAILLA,

                                     District Judge

                        APPEARANCES

SUSSMAN & WATKINS
     Attorneys for Plaintiffs
BY:  MICHAEL H. SUSSMAN

MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS, LLP
     Attorneys for Defendants
BY:  RICHARD S. SKLARIN

FEERICK LYNCH MacCARTNEY & NUGENT, PLLC
     Attorneys for Counterclaimants
BY:  PATRICK A. KNOWLES
```

1          (Case called)

2          MR. SUSSMAN:  Good day, your Honor, Michael Sussman, Sussman & Associates, Goshen, New York, representing the plaintiffs.

3          THE COURT:  Sir, good afternoon to you.  Thank you.

4          MR. SKLARIN:  Richard Sklarin, Miranda Sambursky Slone Verveniotis, 570 Taxter Road, suite 561, Elmsford, New York 10523, attorney for defendants.  Good afternoon, your Honor.

5          THE COURT:  Good afternoon.

6          MR. KNOWLES:  Good afternoon, your Honor, Patrick Knowles with Feerick Lynch MacCartney & Nugent on behalf of the counterclaimant defendants.

7          THE COURT:  Thank you.

           Gentlemen, this case came to me in part I and it came to me with an application for a temporary restraining order.

           It is my understanding that after discussions with the parties there is an accommodation or an agreement that the parties have reached in the short term until there is a preliminary injunction hearing before Judge Roman.

           Let me tell you, Judge Roman is available on Wednesday, the 29th at 10 a.m. and he has the block of time from 10 to 11:30 available.  If you need more than that, I will let you deal with him.

           Assuming that things have not changed since I went into the robing room to confirm the date, may I ask any party

1  for a recitation of the agreement the parties have reached.

2          MR. SUSSMAN:  Yes, your Honor.  Michael Sussman

3  representing the plaintiffs.

4          It is my understanding that the parties have agreed

5  that the gate, which is the subject of this application, remain

6  open, in an open position, from 7 a.m. to 6 p.m. each and every

7  day of the week except Saturday, when the gate can be closed,

8  so to speak.  That is the agreement of the parties.

9          With that agreement we are withdrawing our application

10 at this point for a TRO, which is essentially moot based on the

11 agreement between the parties, and we will proceed to the

12 preliminary injunction hearing and make our broader arguments

13 at that time.  This is without prejudice to either party's

14 merits arguments of any sort.  It simply, as the Court

15 indicated, an accommodation to allow us to proceed with some

16 amicability between now and then.

17         THE COURT:  I thank you for explaining to me.

18         Gentlemen, at the back table, do you agree with the

19 recitation that's been given to me by Mr. Sussman?

20         MR. SKLARIN:  Yes, your Honor.

21         MR. KNOWLES:  Yes, your Honor.

22         THE COURT:  Is it your wish that I keep these papers

23 and transmit them up to Judge Roman on my own?  Are you OK if I

24 do that?

25         MR. SUSSMAN:  Yes, your Honor.

1        MR. SKLARIN:  That's OK, your Honor.

2        One question.  For purposes of opposition papers
3   before the 29th, I don't know if we have any guidance as far as
4   that.

5        THE COURT:  Could you get them in next Wednesday,
6   which would be one week prior to the hearing, and then if
7   Mr. Sussman wanted to reply, he could file something -- sir,
8   could you do it by Friday or by Monday of the following week?

9        MR. SUSSMAN:  I think Monday would be more realistic.

10       THE COURT:  Although be gentle to Judge Roman because
11  he will be getting these just two days before the hearing.
12  Let's imagine, please that your brief would be due on the 22nd
13  and the reply brief would be on the 27th.

14       MR. SUSSMAN:  Thank you, judge.

15       THE COURT:  Thank you very much.

16       Anything else we should be addressing today?

17       MR. KNOWLES:  No.  Thank you very much for your time,
18  your Honor.

19       THE COURT:  Thank you.  I know you've had to wait a
20  while and I appreciate your patience as you did it.  Thank you
21  and get home safely in this weather.

22       We are adjourned.

23       (Adjourned)

24

25