UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Mendel Stern, Aharon Ostreicher, Yochonon
Markowitz, Abraham Kohn, Isaac Schwimmer,
Esther Schwimmer, Joel Sabel, Yoel Fried and
Fraida M. Fried, Melech Krauss,
Israel Ostreicher,

                                                           18 cv 04622 (NSR)

                                  Plaintiffs,        **ORDER TO SHOW**
                                                           **CAUSE**
vs.

Highland Lake Homeowners Association,
Arthur Edwards, Inc., Archway Property
Management, Inc., Carmine Mastrogiacomo,
Christopher Perrino, Alex Rubanovich, Nancy
Diaz and Ray Torres,

                                  Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Affirmations of Michael H. Sussman and Isaac Schwimmer, both dated August 12, 2018, and all prior proceedings in this action, you are hereby ordered to show cause at ___ _. M. in the forenoon in Room ___ of the United States Courthouse for the Southern District of New York at 300 Quarropas Street, White Plains, New York 10601 why a preliminary injunction should not be entered enjoining defendants, their successors in office, agents, employees and assigns from utilizing an entrance/exit gate for Highland Lake Estates which gate restricts access to plaintiffs' homes on account of their collective refusal to cooperate with the erection of said gate which is solely intended to restrict access to the property by persons associated with and related to plaintiffs and their religious community. No prior application for such relief has been made.

1

Pending further order of this Court, defendants are hereby enjoined and restrained from using said gate.

Responsive papers, if any, shall be filed on or before 5 pm on             .

SO ORDERED.

_____
UNITED STATES DISTRICT COURT