# SUSSMAN & ASSOCIATES

- Attorneys at Law -

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN
*Of Counsel:*
CHRISTOPHER D. WATKINS
JONATHAN LOVETT

1 RAILROAD AVE. - SUITE 3
P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
GERI PRESCOTT


August 31, 2018

**VIA ECF**
Hon. Nelson Roman
United States District Court
Southern District New York
300 Quarropas Street
White Plains, NY 10601

Re: Mendel Stern et al. v. Highland Lake Homeowners Association et al.
Index No.: 18cv04622 (NSR)

Dear Judge Roman:

Attached for your signing is the Stipulation in the above matter which is consistent with the proceedings held on 8/29/18.

Thank you very much.

Respectfully,

/Geri Prescott
Legal Assistant

/glp
cc: Richard Sklarin via ecf

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

Mendel Stern, Aharon Ostreicher, Yochonon Markowitz, Abraham Kohn, Isaac Schwimmer, Esther Schwimmer, Joel Sabel, Yoel Fried and Fraida M. Fried, Melech Krauss, Israel Ostreicher,

Plaintiffs,

vs.

Highland Lake Homeowners Association, Arthur Edwards, Inc., Archway Property Management, Inc., Carmine Mastrogiacomo, Christopher Perrino, Alex Rubanovich, Nancy Diaz and Ray Torres,

Defendants.

-----------------------------------------------------------x

18 cv 04622 (NSR)

**STIPULATION**

Plaintiffs sought a TRO and a preliminary injunction enjoining defendant Highland Lake Homeowners Association from utilizing entrance and exit gates in the development. Defendant HOA opposed the entry of injunctive relief.

The parties appeared before the Honorable Nelson S. Roman on August 29, 2018 and, after oral argument and through counsel, stipulate as follows:

1. The gates shall remain in an open position, provided that between [a] 1:30 am and 5:30 a.m. Sunday through Friday of each week and [b] between sundown Friday and sundown Saturday each week, the gates may remain in a closed position.

2. The HOA shall provide access codes to the residents listed on Exhibit 1 forthwith who shall be permitted to use these codes in the same manner as any other member of the HOA.

3. These terms shall remain in full force and effect until resolution of the instant case by the district court or the entry of any other and further stipulation between the parties by which it is modified or altered.

Agreed:

Michael H. Sussman
Counsel for Plaintiffs

Richard S. Sklarin
Counsel for Defendants

---

SO ORDERED: ______________________________
UNITED STATES DISTRICT JUDGE

---

PLEASE TAKE NOTICE that upon the Affirmations of Michael H. Sussman and Isaac Schwimmer, both dated August 12, 2018, and all prior proceedings in this action, you are hereby ordered to show cause at ___ _. M. in the forenoon in Room of the United States Courthouse for the Southern

District of New York at 300 Quarropas Street, White Plains, New York 10601 why a preliminary injunction should not be entered enjoining defendants, their successors in office, agents, employees and assigns from utilizing an entrance/ exit gate for Highland Lake Estates which gate restricts access to plaintiffs' homes on account of their collective refusal to cooperate with the erection of said gate which is solely intended to restrict access to the property by persons associated with and related to plaintiffs and their religious community. No prior application for such relief has been made.

Pending further order of this Court, defendants are hereby enjoined and restrained from using said gate.

Responsive papers, if any, shall be filed on or before 5 pm on .

SO ORDERED.

________________________________

UNITED STATES DISTRICT COURT

| Last | First | Number | Street |
|---|---|---|---|
| Berkowitz | Joel | 2 | College Drvie |
| Falkowitz | Yidel | 4 | College Drvie |
| Feldman | Shulem | 9 | Berkeley |
| Fried | Yoel | 16 | Vanderbilt Drive |
| Friedman | Lazer | 12 | Barnard |
| Goldberger | Kolman | 8 | Berkeley Ct |
| Goldman | Zalman | 20 | Bennington |
| Gribeluk | Joseph | 33 | Vanderbilt Drive |
| Kohn | Abraham | 8 | Barnard Ct |
| Kohn | Tovia | 8 | Barnard Ct |
| Kohn | Yechiel | 3 | Cornell |
| Kreaus | Milcih | 29 | Vanderbilt Drive |
| Ostreicher | Aharon | 11 | Vanderbilt Drive |
| Ostreicher | Isreal | 13 | Barnard |
| Sabel | Joel | 6 | Princeton |
| Schwimmer | Isaac | 21 | Vanderbilt Drive |
| Schwortz | Yanky | 9 | Vanderbilt Drive |
| Stern | Mandl | 1 | Vanderbilt Drive |
| Waldman | Abraham | 5 | College Drvie |
| Weinberger | Avigdor | 3 | Vanderbilt Drive |