# CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF ROCKLAND  )

SHANNON DALY, being duly sworn says: I am not a party to the action, am over eighteen (18) years of age and reside in Congers, New York.

I hereby certify that on November 30, 2018 by e-filing same and also served a copy of the annexed ANSWER WITH SECOND AMENDED COUNTERCLAIMS by placing same in a sealed envelope having been prepaid thereon, in a depository of the United States Postal Service within the State of New York, addressed to the attorney whose names and addresses appears below:

MICHAEL H. SUSSMAN
Attorneys for Plaintiffs
1 Railroad Avenue, Suite 3
Goshen, New York 10924

NEW YORK STATE
Office of the Attorney General
The Capitol
Albany, New York  12224-0341

_____
**SHANNON DALY**

Sworn to before me this
30th day of November 2018.

_____
NOTARY PUBLIC

DENNIS E. A. LYNCH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LY4979345
Qualified in Rockland County
My Commission Expires March 25, 2019

43