UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MENDEL STERN, AHARON OSTREICHER, YOCHONON MARKOWITZ, ABRAHAM KOHN, ISAAC SCHWIMMER, ESTHER SCHWIMMER, JOEL SABEL, YOEL FRIED and FRAIDA M. FRIED, MELECH KRAUSS, ISRAEL OSTREICHER,

                       Plaintiffs,

-against-

HIGHLAND LAKE HOMEOWNERS ASSOCIATION, ARTHUR EDWARDS, INC., ARCHWAY PROPERTY MANAGEMENT, INC., CARMINE MASTROGIACOMO, CHRISTOPHER PERRINO, ALEX RUBANOVICH, NANCY DIAZ and RAY TORRES,

                       Defendants.
----------------------------------------------------------------X

**STIPULATION AND ORDER OF SUBSTITUTION**

2018-CV-04622 (NSR)

IT IS HEREBY STIPULATED AND CONSENTED by the Counterclaiming Defendants, Carmine Mastrogiacomo, Christopher Perrino, Alex Rubanovich and Ray Torres, that DENNIS E. A. LYNCH, ESQ., Of Counsel to Blanchard & Wilson, LLP, 235 Main Street, Suite 330, White Plains, New York 10601 be substituted for FEERICK LYNCH MacCARTNEY & NUGENT, PLLC as their Attorney of record in the above-captioned action.

Dated: December 17, 2018

BLANCHARD & WILSON, LLP

By: _____
DENNIS E. A. LYNCH, ESQ.
*Incoming Attorney*
235 Main Street, Suite 330
White Plains, New York 10601
(845) 729-5744

FEERICK LYNCH MacCARTNEY & NUGENT, PLLC

By: _____
J. David MacCartney, Jr.
*Out-Going Attorney*
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2018

_____  Dated: 12/17/18
Carmine Mastrogiacomo

_____  Dated: 12/12/18
Christopher Perrino

_____  Dated: 12/17/18
Alex Rubanovich

_____  Dated: 12/17/18
Ray Torres

**SO ORDERED:**

_____
Nelson S. Román, U.S.D.J.

Dated: Dec. 19, 2018
White Plains, NY