## SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

---

| MICHAEL H. SUSSMAN | 1 Railroad Ave. - Suite 3 | LEGAL ASSISTANT |
| JONATHAN R. GOLDMAN | P.O. Box 1005 | SARAH OSBORNE |
| | Goshen, New York 10924 | |
| | | CHRISTOPHER D. WATKINS |
| | (845) 294-3991 | of Counsel |
| | Fax: (845) 294-1623 | |
| | sussman1@frontiernet.net | |

**VIA ECF**

September 3, 2019

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Stern, et al. v. Highland Lake Homeowners Association, et al.*
           No. 7:18-cv-04622 (NSR/PED)

Dear Judge Roman,

    Our office represents the plaintiffs in the above-referenced matter. Under the initial Scheduling Order, fact discovery is due to be completed by September 30, 2019 and a Case Management Conference is scheduled for October 4, 2019 at 10:00am. At this morning's status teleconference, Judge Davison extended the fact discovery deadline to November 15, 2019. As such, we respectfully request that the Case Management Conference be adjourned. This is our first request for an adjournment of the Case Management Conference. All counsel are available on December 5, 6, 12 and 13, 2019, and we respectfully request that the conference be rescheduled to one of those dates. We thank the Court kindly for its courtesies.

                                        Respectfully submitted,

                                        Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)