# SUSSMAN & ASSOCIATES

*- Attorneys at Law -*

---

| | | |
|---|---|---|
| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANT<br>SARAH OSBORNE<br><br>CHRISTOPHER D. WATKINS<br>of Counsel |

October 31, 2019

Hon. Paul E. Davison
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **Stern v. Highland Lake Estates, 18 CV 04622 (NSR)(PED)**

Dear Judge Davison,

    I am enclosing the Notice of Voluntary Dismissal discussed at the last conference in this matter. I have provided that the counterclaims, if any, asserted against these individuals remain as they are or may be.

    Kindly sign and file this as per our discussion at the last conference.

                       Yours respectfully,

                       Michael H. Sussman, Counsel for Plaintiffs

cc: Counsel of record by ECF

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MENDEL STERN, AHARON OSTREICHER,
YOCHONON MARKOWITZ, ABRAHAM KOHN,
ISAAC SCHWIMMER, ESTHER SCHWIMMER,
JOEL SABEL, YOEL FRIEND and FREIDA M.
FRIED, MELECH KRUASS, ISRAEL OSTREICHER,     18 CV 04622 (NSR)(PED)

                            Plaintiffs,

-against-                                    **NOTICE OF**
                                                    **VOLUNTARY**
                                                    **DISMISSAL**

HIGHLAND LAKE HOMEOWNERS ASSOCIATION,
ARTHUR EDWARDS, INC., ARCHWAY PROPERTY
MANAGEMENT INC., CARMINE MASTROGIACOMO,
CHRISTOPHER PERRINO, ALEX RUBANOVOCH,
NANCY DIAZ and RAY TORRES,

                            Defendants.
------------------------------------------------------------x

NOW COME plaintiffs Isaac Schwimmer and Yochonon Markowitz and, pursuant to F.R.Civ.P. 41(a)(2) and the Order of the Court, voluntarily dismiss with prejudice each and every claim they asserted against defendants in this matter. Nothing provided herein shall affect the status of the counterclaims, if any, asserted by defendants against these plaintiffs.

Dated: October 31, 2019

                                                    Respectfully submitted,

                                                    MICHAEL H. SUSSMAN [3497]
                                                   SUSSMAN & ASSOCIATES
                                                   PO BOX 1005
                                                   1 RAILROAD AVENUE SUITE 3
                                                   GOSHEN, NY 10924
                                                   (845)-294-3991

Counsel for Plaintiffs

SO ORDERED:

_____
HON. PAUL E. DAVISON