UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MENDEL STERN, AHARON OSTREICHER,
YOCHONON MARKOWITZ, ABRAHAM KOHN,
ISAAC SCHWIMMER, ESTHER SCHWIMMER,
JOEL SABEL, YOEL FRIED and FRAIDA M. FRIED,
MELECH KRAUSS, ISRAEL OSTREICHER,          7:18-CV-04622
                                                                        (NSR)(PED)
                      Plaintiffs,

                                                                        **NOTICE OF MOTION**

          -against-

HIGHLAND LAKE HOMEOWNERS ASSOCIATION,
ARTHUR EDWARDS, INC., ARCHWAY PROPERTY
MANAGEMENT, INC., CARMINE MASTROGIACOMO,
CHRISTOPHER PERRINO, ALEX RUBANOVICH,
NANCY DIAZ and RAY TORRES,

                      Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Richard S. Sklarin and Affidavit of Carmine Mastrogiacomo, both dated January 21, 2020, along with the exhibits annexed thereto and Memorandum of Law, defendants herein will respectfully move this Court at 9:30 a.m. on February 25, 2020, or as soon thereafter as counsel may be heard, in Room 218 of the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601 before United States District Judge Nelson S. Román, for the following relief: 1) an Order, in accordance with Rule 60(b) of the Federal Rules of Civil Procedure, vacating the parties' August 31, 2018 "so ordered" stipulation whereby the entrance/exit gates within the Highland Lake

1

Estates subdivision (owned and operated by defendant Highland Lake Homeowners Association, Inc.) would remain open during the pendency of this litigation (aside from 1:30 a.m. to 5:30 a.m. Sunday through Friday, and between Friday sundown, and Saturday sundown when the entrance and exit gates could remain in a closed position); and 2) granting such other and further relief as this Court may deem just and proper under the circumstances.

Dated: Elmsford, New York
January 21, 2020

    Yours, etc.
    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

    _____
    RICHARD S. SKLARIN
    Attorneys for Defendants (RSS 1017)
    HIGHLAND LAKE HOMEOWNERS ASSOCIATION, INC. i/s/h/a HIGHLAND LAKE HOMEOWNERS ASSOCIATION, ARTHUR EDWARDS, INC., ARCHWAY PROPERTY MANAGEMENT, INC., CARMINE MASTROGIACOMO, CHRISTOPHER PERINO i/s/h/a CHRISTOPHER PERRINO, ALEC RUBANOVICH i/s/h/a ALEX RUBANOVICH, NANCY DIAZ and RAY TORRES
    570 Taxter Road, Suite 561
    Elmsford, New York 10523
    P (914) 345-6510
    F (914) 345-6514
    File No.: 18-197W

TO:
MICHAEL H. SUSSMAN
Attorneys for Plaintiffs
1 Railroad Avenue, Suite 3
Goshen, New York 10924
(845) 294-3991

MARKS DIPALERMO PLLC
Adam N. Love
Attorney for Counterclaiming Defendants
Carmine Mastrogiocomo, Christopher Perino,
Alec Rubanovich, Nancy Diaz and Ray Torres
485 Madison Avenue, 16th Floor
New York, NY 10022
(212) 370-4477