UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENDEL STERN, et al.,

        Plaintiffs,

vs.                                          18 CV 4622 (NSR)

HIGHLAND LAKE ESTATES HOMEOWNERS
ASSOCIATION, et al.,

        Defendants.

## MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS ISRAEL OSTREICHER, AVROHOM OSTRECIHER, ESTHER SCHIMMER, JOEL SABEL & ABRAHAM KOHN

Pursuant to F.R.Civ.P. 41(a)(2) and with the consent of defendants, plaintiffs Israel Ostreicher, Avrohom Ostreicher, Esther Schwimmer, Joel Sabel and Abraham Kohn hereby move for entry of an Order dismissing each and every claim they asserted in this matter and each and every counterclaim defendants asserted against them with prejudice and without costs or fees.

                                  Respectfully submitted,

                                  MICHAEL H. SUSSMAN [3497]

SUSSMAN & ASSOCIATES
PO BOX 1005
GOSHEN, NEW YORK 10924
(845)-294-3991

Counsel for Plaintiffs

Dated: March 24, 2021