# MarksDiPalermo

ATTORNEYS AT LAW

485 Madison Avenue, 16th Floor
New York, NY 10022
Tel: (212) 370-4477
Fax: (212) 588-0471

April 23, 2021

<u>Via Pacer</u>

Hon. Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *Mendel Stern et. al. v. Highland Lake Homeowners Association et. al.*
             **Case No.: 7:18-cv-04622**

Dear Judge Roman:

    Please be advised that this office represents the Defendants and Counterclaiming Plaintiffs in the above referenced matter.

    Please allow this correspondence to serve as confirmation that Defendants and Counterclaiming Plaintiffs consent to the voluntary dismissal of all counterclaims, with prejudice, against the Plaintiffs Israel Ostreicher, Avrohom Ostreicher, Esther Schwimmer, Joel Sabel and Abram Kohn.

    Should you have any questions, please do not hesitate to contact me.

                                              Respectfully,

                                              Adam N. Love, Esq.