**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MENDEL STERN, YOEL FRIED and FRAIDA
M. FRIED, and MELECH KRAUSS,

                 Plaintiffs,

      -against-                                         18 **CIVIL** 4622 (NSR)(VR)

                                                 **JUDGMENT**

HIGHLAND LAKE HOMEOWNERS
ASSOCIATION, ARTHUR EDWARDS, INC.,
ARCHWAY PROPERTY MANAGEMENT, INC.,
CARMINE MASTROGIACOMO,
CHRISTOPHER PERRINO, ALEX
RUBANOVICH, NANCY DIAZ, and RAY
TORRES,

                 Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 31, 2025, the Court has GRANTED

Defendants' motion for summary judgment in its entirety with prejudice; accordingly, the case is

closed.

**Dated:** New York, New York

       March 31, 2025

                                                  **TAMMI M HELLWIG**

                                          _____

                                           **Clerk of Court**

                **BY:**               K. Mango

                                            _____

                                              **Deputy Clerk**