UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MENDEL STERN, YOEL FRIED, and FRAIDA FRIED,
MELECH KRAUSS,

                     Case No. 2018-CV-04622

               Plaintiffs,            (NSR)

       —against—

HIGHLAND LAKE HOMEOWNERS ASSOCIATION,
ARTHUR EDWARDS, INC., ARCHWAY PROPERTY
MANAGEMENT, INC, CARMINE MASTROGIACOMO
CHRISTOPHER PERRINO, ALEX RUBANOVICH,
NANCY DIAZ and RAY TORRES,

              Defendants.
-----------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs MENDEL STERN, YOEL FRIED and FRAIDA M. FRIED,

and MELECH KRAUSS, hereby appeal to the United States Court of Appeals for the Second

Circuit from the final judgment (denominated as the "clerk's judgment" on the docket) entered in

this action on March 31, 2025, and all underlying orders, rulings and findings entered in this action,

including but not limited to the Court's Opinion & Order granting Defendants' summary judgment

entered in this action on March 31, 2025. This appeal is taken from each and every adverse part

thereof.


DATED: April 25, 2025
       Suffern, New York



                     Respectfully submitted,



                     /s/ Esther Engelson

CC: All Counsel of Record Via Pacer